# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| MARILYN AZUZ, individually and on behalf of all others similarly situated, | ) ) ) | |
| | ) | 1:21-cv-01182 |
| Plaintiff, | ) | |
| v. | ) ) | Honorable LaShonda A. Hunt |
| ACCUCOM CORPORATION d/b/a INFOTRACER, | ) ) ) | Magistrate Jeannice W. Appenteng |
| Defendant. | ) ) ) | |

## DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION PURSUANT TO FED. R. CIV. P. 12(b)(1)

Pursuant to this Court's Standing Order, this motion is not set for presentment because this Court has already entered a briefing schedule order. [ECF No. 131].

Pursuant to Fed. R. Civ. P. 12(b)(1) Defendant Accucom Corporation ("Defendant" or "Accucom") moves this Court to dismiss Plaintiff Marilyn Azuz's ("Plaintiff" or "Azuz") complaint. Defendant submits its memorandum of law and statement of facts in support, contemporaneous to filing of this motion.

Dated: July 1, 2024

Respectfully Submitted,

*/s/ Chirag H. Patel*
Chirag H. Patel (#6306711)
Nicolas V. Dolce (#6338905)
CLARK HILL PLC
130 E Randolph St Suite 3900
Chicago, IL 60601
Ph: 312-985-5900
cpatel@clarkhill.com
ndolce@clarkhill.com

Myriah V. Jaworski (*pro hac vice*)
CLARK HILL PLC
One America Plaza

600 W Broadway #500
San Diego, CA 92101
<u>mjaworski@clarkhill.com</u>
*Attorneys for Accucom Corporation d/b/a InfoTracer*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 1, 2024, a copy of the foregoing was served upon all parties via CM/ECF.

                                            */s/ Chirag H. Patel*
                                            Chirag H. Patel (#6306711)