**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MARILYN AZUZ, individually and on behalf of all others similarly situated, | ) ) ) | |
| | ) | 1:21-cv-01182 |
| Plaintiff, | ) | |
| v. | ) | Honorable LaShonda A. Hunt |
| | ) | |
| ACCUCOM CORPORATION d/b/a INFOTRACER, | ) ) | Magistrate Jeannice W. Appenteng |
| | ) | |
| Defendant. | ) ) | |

**DEFENDANT'S STATEMENT OF FACTS IN SUPPORT OF ITS
MOTION TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE
FOR LACK OF SUBJECT MATTER JURISDICTION**

Defendant Accucom Corporation ("Defendant" or "Accucom"), submits this statement of

facts in support of its motion to dismiss the Plaintiff Marilyn Azuz's ("Plaintiff" or "Azuz")

complaint with prejudice pursuant to Fed. R. Civ. P. 12(b)(1).

Dated: July 1, 2024

Respectfully Submitted,
*/s/ Chirag H. Patel*
Chirag H. Patel (#6306711)
Nicolas V. Dolce (#6338905)
CLARK HILL PLC
130 E Randolph St Suite 3900
Chicago, IL 60601
Ph: 312-985-5900
cpatel@clarkhill.com
ndolce@clarkhill.com

Myriah V. Jaworski (*pro hac vice*)
CLARK HILL PLC
One America Plaza
600 W Broadway #500
San Diego, CA 92101
mjaworski@clarkhill.com

*Attorneys for Accucom Corporation d/b/a
InfoTracer*

**TABLE OF CONTENTS**

Index of Exhibits ................................................................................................................ 3

Statement of Relevant Facts and Allegations ................................................................... 4

    A.    Azuz's Theory of IRPA Liability .................................................................. 4

    B.    Accucom's Website Makes Instant and Dynamic API Calls .......................... 5

    C.    Azuz was Solicited by Plaintiffs' Counsel to Advance their Theory .............. 6

    D.    Azuz Appears in Website Results Only Due to Her Instant Litigation ........... 6

    E.    Accucom's Modifications to the Website and Opt-Outs ............................... 8

## INDEX OF EXHIBITS

| Exhibit | Title |
|---------|-------|
| A | Marilyn Azuz Deposition Transcript |
| B | Azuz's Second Supplemental Response to Accucom's 1st Set of Interrogatories |
| C | Azuz's First Supplemental Response to Accucom's 2nd Set of Interrogatories |
| D | Accucom's Response to Azuz's First Set of Interrogatories |
| E | Waije Coler Deposition Transcript |
| F | Declaration of Waije Coler |
| G | Declaration of Myriah V. Jaworski |

## STATEMENT OF RELEVANT FACTS AND ALLEGATIONS

### A. Azuz's Theory of IRPA Liability

1.  Azuz's Complaint asserts a single claim under IRPA. Compl. ¶¶ 36-41.[1]

2.  Azuz alleges that Accucom's website, infotracer.com (the "Website"), "sells reports on people to the general public." Compl. ¶ 1.

3.  To allow a Website visitor ("Visitor") to determine if a report is available for a given individual, the Website allows the Visitor to conduct a search with a target's first name and last name. Compl. ¶ 3.

4.  The Website then returns a search results ("Search Results") page showing records responsive to the Visitor's search query, and in turn, reports available for purchase.[2] Compl. ¶ 5.

5.  In the case of Azuz, she alleges that the following Search Results page appeared when her counsel searched "Marilyn Azuz" in "Illinois" on February 25, 2021:



Compl. ¶ 5; Jaworski Decl. ¶ 3.

6.  Azuz alleges that this Search Results page provides a "limited, free preview" of the report available for sale, including the "searched individual's name (including middle initials),

---

[1] Plaintiff's Complaint, ECF No. 1, is cited herein as "Compl."

[2] The Website's backend operation for its search function is discussed in subsection (C), *infra*. Azuz calls the Search Results page a "free preview." Regardless of Plaintiff's characterization of the purpose of the Search Results page, it is indisputably a webpage displaying the results of the Visitor's search query.

age, current city and state of residence, the searched individual's relatives, and other identifying information." Compl. ¶ 5.

7.     Azuz claims that the display of this information on the Search Results page violates IRPA because it is used "to advertise" Accucom's product. Compl. ¶¶ 8-11.

8.     Relevant to this motion, Azuz seeks (1) the greater of actual damages or statutory damages, and (2) an injunction requiring Accucom to cease using [Azuz] and members of the class "names and any attributes of their identities to advertise its products and services." Compl. ¶ 41.

### B.  Accucom's Website Makes Instant and Dynamic API Calls

9.     Accucom's Website relies on third-party information to obtain responses to Visitors' search queries. Coler Tr. 53:1-7.[3]

10.    When a Visitor enters a search query on the Website, the Website makes an API call to third-party sources (the "Third-Party Sources") with a request for records that may be responsive to that search. Coler Tr. 54:18-55:4; 89:6-9.

11.    The Website then generates a Search Results page to display the responses from the Third-Party Sources. Coler Tr. 49:23-50:11; 50:15-51:6.

12.    In other words, Website searches do no pull data from any preexisting database maintained or controlled by Accucom. Coler Tr. 158:1-8.

13.    Rather, the search process is instant, dynamic, and based on the information available from the Third-Party Sources at the moment of the API call. Coler Tr. 51:10-22; 89:22-90:4.

14.    Thus, search results could be plausibly different each time a search is conducted. Coler Tr. 37:7-38:6.

---

[3] The Deposition Transcript of Accucom's Fed. R. Civ. P. 30(b)(6) representative Waije Coler is attached as **Exhibit E**, and cited herein as "Coler Tr."

### C. **Azuz was Solicited by Plaintiffs' Counsel to Advance their Theory**

15.     Azuz has lived in Minnesota since approximately August 2021. Azuz Tr. 6:21-7:1.[4]

16.     On January 8, 2021, Azuz responded to a Facebook solicitation by Plaintiff's Counsel for a claim against a different website, Spokeo.com. Azuz Tr. 7:20-24; 8:16-9:8; 14:8-23; Azuz Resp. to 1st Interrog. No. 6, p. 11.

17.     Azuz's first conversation with Plaintiff's Counsel was on February 24, 2021. Azuz Resp. to 1st Interrog. No. 4, pp. 7-8.

18.     The same day Plaintiff's Counsel ran its first set of searches of Azuz's name. Coler Tr. 158:9-159:22; Coler Decl. ¶ 6; Jaworski Decl. ¶ 3.

19.     Prior to being contacted by Plaintiff's Counsel on February 24, 2021, Azuz had neither heard of nor visited Accucom's Website. Azuz Tr. 21:21-22-5; Azuz Resp. to 1st Interrog. No. 18, pp. 26-27.

20.     Indeed, February 24, 2021 was the first time that she learned, *and only through Plaintiff's Counsel telling her*, that they caused her to appear in the Website's Search Results. Azuz Tr. 24:3-23.

21.     Azuz signed her engagement letter with Plaintiff's Counsel the same day. Azuz Tr. 18:11-19:17; 20:9-14.[5]

### D. **Azuz Appears in Website Results Only Due to Her Instant Litigation**

22.     Table 1 summarizes *all* instances in which Azuz appeared in Website's Search Results:

---

[4] The Deposition Transcript of Plaintiff Marilyn Azuz is attached as **Exhibit A**, and cited herein as "Azuz Tr."

[5] Plaintiff's Counsel has filed at least 26 substantially similar right of publicity claims against websites with people search function. *See* Jaworski Decl. ¶ 11. When combined with Azuz's lack of knowledge of the Website, it is clear that Plaintiff's Counsel had already targeted Accucom's Website and were looking for any plaintiff to stand in as its named plaintiff.

| | Search ID | Date | Time (GMT) | First | Last | State | City | IP | Searcher |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 6036a63a89810765824c12a7 | 2/24/2021 | 19:17:14 | Marilyn | Azuz | IL | | 67.180.233.55 | Azuz's attorneys |
| 2 | 6036a66267c4546a4b74cfa5 | 2/24/2021 | 19:17:54 | Marilyn | Azuz | IL | Chicago | 67.180.233.55 | Azuz's attorneys |
| 3 | 6036a66467c4546a4b74cfa6 | 2/24/2021 | 19:17:55 | Marilyn | Azuz | IL | Chicago | 67.180.233.55 | Azuz's attorneys |
| 4 | 6037f13ae6a03629f215ea09 | 2/25/2021 | 18:49:30 | Marilyn | Azuz | IL | | 108.176.24.146 | Azuz's attorneys |
| 5 | 6037f2587939d732a7152e16 | 2/25/2021 | 18:54:15 | Marilyn | Azuz | IL | | 108.176.24.146 | Azuz's attorneys |
| 6 | 6037f7ccbaea7f7b5467e82e | 2/25/2021 | 19:17:32 | Marilyn | Azuz | IL | | 108.176.24.146 | Azuz's attorneys |
| 7 | 6037f7ccbaea7f7b5467e82f | 2/25/2021 | 19:17:32 | Marilyn | Azuz | IL | | 108.176.24.146 | Azuz's attorneys |
| 8 | 6037f82f6ce0247e707bc712 | 2/25/2021 | 19:19:11 | MARILYN | AZUZ | IL | CHICAGO | 108.176.24.146 | Azuz's attorneys |
| 9 | ERROR | 2/25/2021 | 19:19:12 | MARILYN | AZUZ | IL | CHICAGO | N/A (bug double searched) | Azuz's attorneys |
| 10 | 60441364ad990f5fe32d3828 | 3/6/2021 | 23:42:28 | Marilyn | Azuz | IL | | 98.221.23.154 | Accucom's Counsel |
| 11 | 6044138b1b69307b906baf95 | 3/6/2021 | 23:43:07 | Marilyn | Azuz | IL | | 98.221.23.154 | Accucom's Counsel |
| 12 | 60d276fc5e2b0d4d3c0ab55f | 6/22/2021 | 23:49:15 | Marilyn | Azuz | IL | | 74.104.154.4 | Accucom |
| 13 | 60d276fe59e9c340552c8895 | 6/22/2021 | 23:49:16 | Marilyn | Azuz | IL | | N/A (bug double searched) | Accucom |

Coler Decl. ¶ 6.

23.     More specifically:

A. **Search Nos. 1-8 (February 24-25, 2021)**: Plaintiff's Counsel has admitted that they conducted these searches in carrying out their Rule 11 obligations. *See* Azuz's. Resp to 1st Interrog. No. 7, 10, 12; Jaworski Decl. ¶ 3.

B. **Search No. 9 (February 25, 2021)**: This is a duplicate log of Search No. 8, a common error in the Website's logging function. Coler Decl. ¶ 7. The duplicate log is apparent based on the Searches 8 and 9 occurring exactly contemporaneously (19:19:11 and 19:19:12) with identity search terms. Coler Decl. ¶ 12.

C. **Search Nos. 10-11 (March 6, 2021)**: These searches were conducted by Accucom's Counsel shortly after the litigation commenced.[6] Jaworski Decl. ¶¶ 4-7; Coler Decl. ¶¶ 8-9.

D. **Search Nos. 12-13 (June 22, 2021):** This search was conducted by Accucom's Vice President at the direction of counsel and in connection with Accucom's defense of the litigation. Coler Decl. ¶¶ 10-12; Jaworski Decl. ¶ 8.

---

[6] Accucom does not waive privilege. As of March 2021, Accucom was an existing client of the Octillo Law Firm, f/k/a Beckage Law. Jaworski Decl. ¶ 4. Undersigned counsel, Myriah Jaworski, was then a partner of that firm. Jaworski Decl. ¶ 4.  Octillo conducted the searches on March 6, 2023, as part its defense investigation. Jaworski Decl. ¶ 5. Due to insurance requirements, this litigation was placed with the Hinshaw law firm. Jaworski Decl. ¶ 6. Clark Hill replaced Hinshaw as Accucom's counsel on June 15, 2023. [ECF No. 73].

24. The search history reveals that: (1) Azuz has never appeared in a search result prior to Plaintiff's Counsel's first set of searches on February 24, 2021, and (2) all searches are directly tied to investigation and work product for this litigation by Azuz's Counsel, Accucom's Counsel, and Accucom (at its counsel's direction). Coler Decl. ¶¶ 8-12; Jaworski Decl. ¶ 3-8.

**E. Accucom's Modifications to the Website and Opt-Outs**

25. Accucom continually makes updates to its Website as part of an ongoing effort to improve legal compliance and its business. Coler Decl. ¶ 18.

26. On October 1, 2021, Accucom modified the Website's Search Results page so that it no longer displays the same information indicated in the screenshot at Paragraph 5 of Plaintiff's Complaint. Coler Tr. 34:18-21; 92:1-3; Accucom's Resp. to Azuz's Interrog. No. 9, pp. 7-8.

27. Thus, the complained-of Search Results page has not existed since October 1, 2021. *Id*.

28. Additionally, the Website allows *any* individual to opt-out from having their information displayed in Search Results through an easily accessible website form or 24/7 toll free phone number. Coler Decl. ¶¶ 13-15.[7]

29. Accucom offers this out-opt not only as a courtesy, but also to comply with a variety of laws. Coler Decl. ¶ 16.

30. Accucom has processed an opt-out for Azuz. Coler Decl. ¶ 17.

31. Accordingly, Azuz will not appear in any future Search Results in any form. Coler Decl. ¶ 17.

---

[7] See https://infotracer.com/optout/ (last accessed June 27, 2024).

8

Dated: July 1, 2024

Respectfully Submitted,

/s/ Chirag H. Patel

Chirag H. Patel (#6306711)
Nicolas V. Dolce (#6338905)
CLARK HILL PLC
130 E Randolph St Suite 3900
Chicago, IL 60601
Ph: 312-985-5900
cpatel@clarkhill.com
ndolce@clarkhill.com

Myriah V. Jaworski (*pro hac vice*)
CLARK HILL PLC
One America Plaza
600 W Broadway #500
San Diego, CA 92101
mjaworski@clarkhill.com

*Attorneys for Accucom Corporation d/b/a InfoTracer*

9

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2024, a copy of the foregoing was served upon all parties via CM/ECF.

*/s/ Chirag H. Patel*
Chirag H. Patel (#6306711)