# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Marilyn Azuz,

Plaintiff(s),

v.

Accucom Corporation,

Defendant(s).

Case No. 21 CV 1182
Judge LaShonda A. Hunt

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

    which ☐ includes         pre–judgment interest.
            ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☒ in favor of defendant(s) Accucom Corporation
and against plaintiff(s) Marilyn Azuz
.

Defendant(s) shall recover costs from plaintiff(s).

---

☐ other:

---

This action was *(check one)*:

☐ tried by a jury with Judge         presiding, and the jury has rendered a verdict.
☐ tried by Judge         without a jury and the above decision was reached.
☒ decided by Judge LaShonda A. Hunt on a motion to dismiss for lack of jurisdiction.

Date: 10/2/2025

Thomas G. Bruton, Clerk of Court

G. Lewis, Deputy Clerk